No. 86–1126. UNITED CHURCH OF THE MEDICAL CENTER ET AL. v. ILLINOIS MEDICAL CENTER COMMISSION. App. Ct.

Ill., 1st Dist. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.